UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-112 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| AMUND DRESALE REYNOLDS, | ) | |
| Defendant. | ) | |

Offense charged:   Felon in Possession of a Firearm (two counts); Possession of Cocaine

Base with the Intent to Distribute

Date of Detention Hearing:   April 13, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant has been charged with a drug offense the maximum penalty of which

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. Defendant has a lengthy criminal history which includes multiple failures to appear and non-compliance with court orders. His criminal history shows new offenses conducted while on court supervision or while other charges were pending.

3. Defendant's past Community Corrections Officers report that the defendant absconded from each of their caseloads, that he had a history of non-compliance with treatment, and associates with undesirable individuals. He is also associated with an alias name.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01     (4)     The clerk shall direct copies of this Order to counsel for the United States, to
02     counsel for the defendant, to the United States Marshal, and to the United States
03     Pretrial Services Officer.

DATED this 13th day of April, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge